```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
RAYMOND CALISTE,

                    Plaintiff,
                                             ORDER
         -against-                           14-CV-2573(JS)(ARL)

NURSE WILLIAMS; Nassau County
Corr. Fac. ("NCCF"); ARMOR
CORRECTIONAL HEALTH INC.; DR. V.
COLETELLION (Eye Dr. [at] NCCF);
SHERIFF MICHAEL J. SPOFATO [SIC];
and COMMISSIONER JAMES FORD,

                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Raymond Caliste, pro se
                    59769056
                    Buffalo Federal Detention Facility
                    4250 Federal Drive
                    Batavia, NY 14020

For Defendants:     No appearances.
```

SEYBERT, District Judge:

        On March 26, 2014, incarcerated pro se plaintiff Raymond Caliste ("Plaintiff") filed a Complaint in the Southern District of New York pursuant to 42 U.S.C. § 1983 ("Section 1983") against Nurse Williams, the Nassau County Correctional Facility (the "Nassau Jail"), Armor Correctional Health, Inc. ("Armor"), Dr. V. Coletellion, eye doctor at the Nassau Jail ("Dr. Coletellion"), Sheriff Michael J. Spofato ("Sheriff Sposato"), Commissioner James Ford ("Comm. Ford" and collectively, "Defendants"), accompanied by an application to proceed in forma pauperis.

        By Transfer Order dated April 21, 2014, Plaintiff's case was transferred from the Southern District of New York to this

Court. See April 21, 2014 Transfer Order, Preska, C.J. [Docket Entry 3]. Upon review of the declaration in support of the application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies him to commence this action without prepayment of the filing fee. See 28 U.S.C. §§ 1914(a); 1915(a)(1). Therefore, Plaintiff's request to proceed in forma pauperis is GRANTED.

The Clerk of the Court is directed to forward copies of the Summonses, Complaint, and this Order to the United States Marshal Service for service upon the Defendants without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the pro se Plaintiff at his last known address. See Fed. R. Civ. P. 5(b)(2)(C).

SO ORDERED.

/s/ JOANNA SEYBERT  
Joanna Seybert, U.S.D.J.

Dated: May   29  , 2014  
      Central Islip, New York